No. 02–9414. FLEMING *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–9415. OGLE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–9417. PETRIE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9419. BRAVO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9424. GOINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–9428. STONE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9429. WILSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–9433. SALAZAR SALDANA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9443. MCGILL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9444. OSIRIS MINAYA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–9452. MCDANIELS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–9469. ALVAREZ-ROBLES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9477. SOUSSI *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–1142. TY INC. *v.* PERRYMAN. C. A. 7th Cir. Motion of AT&T Corp. for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 02–1143. PEROT *v.* MCDONALD'S CORP. ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.